# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**FLAGSHIP NATIONAL BANK,**

    **Plaintiff,**

v.                                               Case No. 8:09-cv-1499-T-30MAP

**JAN SOUDIJN,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Flagship National Bank's ("Flagship") Motion to Remand to State Court (Dkt. 9) and Defendant Jan Soudijn's Response to the motion (Dkt. 12). A status conference was held on September 21, 2009, during which the issue of remand was addressed. This action was removed from Florida state court by Debtor Paul A. Scharff, then a non-party. Counsel for Flagship, Mr. Soudijn, and Mr. Scharff were in attendance at the status conference. During the status conference, Flagship's counsel noted that Flagship withdraws any claims, without prejudice, as to the assignment of rents of the City Walk property. Upon consideration, the Court finds that the motion to remand should be granted.

The issue of the assignment of rents is pending before the Bankruptcy Court in Mr. Scharff's bankruptcy action. Mr. Scharff may seek relief in the bankruptcy court to stay the state court action, if he can prove to the satisfaction of the bankruptcy judge the actions are related.

Mr. Soudijn's third party complaint against Mr. Scharff was filed in violation of the stay ordered in Mr. Scharff's bankruptcy action. The third party complaint is therefore disregarded. Even if the third party complaint were not disregarded, it appears severable from the present action on the promissory note.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Remand to State Court (Dkt. 9) is **GRANTED**.

2. The Clerk is directed to **REMAND** this case to the Circuit Court for the Twelfth Judicial Circuit in and for Manatee County, Florida. The Clerk is also directed to forward a certified copy of this Order to that Court.

3. The Clerk is also directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on September 23, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-1499.grant remand.frm